178

772 A.2d 415

Lisa M. BOWSER, Petitioner,

v.

Johannes V. BLOM, Respondent.

Supreme Court of Pennsylvania.

May 21, 2001.

### ORDER

PER CURIAM

**AND NOW,** this day of 21st day of May, 2001, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether the Superior Court erred in affirming the trial court's order denying counsel fees.

Furthermore, the Application under Pa.R.A.P.1926 is **DENIED.**